# United States Court of Appeals for the Federal Circuit

**IN RE: MATTHEW AMOSS,**
*Appellant*

2024-1617

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 90703327.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 15, 2025
Date

Jarrett B. Perlow
Clerk of Court